| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SCOTT A. FLAXMAN, ESQ.<br>LAW OFFICES OF SCOTT A. FLAXMAN<br>21 Buena Vista Road<br>South San Francisco, California 94080 | (415) 571-0582 | |
| Attorneys for: ALI BAALOUACH | Ref. No. Or File No.<br>W2486178 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
ALI BAALOUACH

Defendant:
MEHDI NAFAI

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C 07-5433 MJJ |
|---|---|---|---|---|

I, Jeff King, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant             : MEHDI NAFAI

By Serving            : MEHDI NAFAI

Address               : 4140 Sunrise Boulevard , Fair Oaks, California  95628
Date & Time           : Monday, October 29, 2007 @ 12:35 p.m.
Witness fees were     : Not applicable.

Person serving:
Jeff King
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 2004-55
   (3) County: Sacramento
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 31, 2007

Signature: _____
Jeff King


Printed on recycled paper