| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SCOTT A. FLAXMAN, ESQ.<br>LAW OFFICES OF SCOTT A. FLAXMAN<br>21 Buena Vista Road<br>South San Francisco, California 94080 | (415) 571-0582 | |
| Attorneys for: ALI BAALOUACH | Ref. No. Or File No.<br>W2486175 | |

Insert name of court, judicial district and branch court, if any:

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

Plaintiff:
ALI BAALOUACH

Defendant:
MEHDI NAFAI

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C 07-5433 MJJ |
|---|---|---|---|---|

I, Scott E. Lane, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Defendant | : DORIS ALICIA CORDOVA |
| By Serving | : "JOHN DOE", occupant (35 yrs/5'9"/Hisp/180 lbs/M/Blk hr) |
| Address | : 50 Surf View Drive, Bay Point, California 94565 |
| Date & Time | : Thursday, November 1, 2007 @ 7:10 p.m. |
| Witness fees were | : Not applicable. |

Person serving:
Scott E. Lane
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 341
   (3) County: San Francisco
   (4) Expires: 7/26/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 6, 2007         Signature: _____
                                          Scott E. Lane

