| Attorney Or Party Without Attorney (Name and Address): | Telephone: |
|---|---|
| SCOTT A. FLAXMAN, ESQ.<br>LAW OFFICES OF SCOTT A. FLAXMAN<br>21 Buena Vista Road<br>South San Francisco, California 94080 | (415) 571-0582 |

FOR COURT USE ONLY

Ref. No. Or File No.
W2486177

Attorneys for: ALI BAALOUACH

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

ALI BAALOUACH

Defendant:

MEHDI NAFAI

**PROOF OF SERVICE**

| Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|
| | | | C 07-5433 MJJ |

I, Scott E. Lane , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : SUMMIT MORTGAGE

By Serving : "JOHN DOE" (35 yrs/5'9"/Hisp/180 lbs/M/Blk hr) person in charge on behalf of DORIS ALICIA CORDOVA, Owner

Address : 50 Surf View Drive, Bay Point, California 94565

Date & Time : Thursday, November 1, 2007 @ 7:00 p.m.

Witness fees were : Not applicable.

Person serving:
Scott E. Lane
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 341
   (3) County: San Francisco
   (4) Expires: 7/26/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 6, 2007

Signature: _____
Scott E. Lane

