SCOTT A. FLAXMAN (SBN 241285)
SCOTT A. FLAXMAN, ATTORNEY AT LAW
21 Buena Vista Road
South San Francisco, Ca 94080
Telephone: (415) 571-0582
Facsimile:  (650) 952-0409

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALI BAALOUACH,<br><br>             Plaintiff<br><br> vs.<br><br>MEHDI NAFAI,<br><br>DORIS ALICIA CORDOVA,<br><br>SUMMIT MORTGAGE,<br><br>REALTY MORTGAGE, LLC,<br><br>Doe 1 through Doe 10,<br><br>             Defendant | Case No.: 3:07-cv-5433<br><br>**PLAINTIFF'S REQUEST TO CLERK FOR ENTRY OF DEFAULT** |

The Plaintiff, Ali Baalouach, by and through his counsel, Scott A. Flaxman ("Plaintiff"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, request the Clerk of this Court to enter default against the defendants: Mehdi Nafai, Doris Alicia Cordova and Summit Mortgage,

Plaintiff's Request to Clerk for Entry of Default  -  1

a California Corporation, individually, on the grounds that the defendants have failed to answer or otherwise respond to the Plaintiff's Complaint on file herein.

The clerk should Enter a Default against these defendants for the following reasons:

### MEHDI NAFAI

1. Plaintiff filed his original Complaint in this Court on October 24th, 2007.

2. On October 29th, 2007, Plaintiff served Defendant Mehdi Nafai via professional process server,

   Jeff King
   Wheels of Justice, Inc.
   657 Mission Street, Suite 502
   San Francisco, California 94105
   Phone (415) 546-6000
   ("Wheels of Justice"),

the following documents:

SUMMONS IN A CIVIL ACTION, COMPLAINT, INITIAL CASE MANAGEMENT SCHEDULING ORDER, CASE MANAGEMENT CONFERENCE ORDER, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE, ADR PACKAGE, ECF REGISTRATION

3. On November 7th, 2007, I submitted a Certificate of Service regarding Defendant Mehdi Nafai to this Court using the ECF System for filing.

4. At the time of the filing of this Request, no answer or other responsive pleading has been filed by Defendant Mehdi Nafai.

5. Upon information and belief, Defendant Nafai is neither an infant, an incompetent, nor in the military.

### DORIS ALICIA CORDOVA

1. Plaintiff filed his original Complaint in this Court on October 24th, 2007.

2. On November 1st, 2007, Plaintiff served Defendant Doris Alicia Cordova via professional process server, Scott E. Lane of Wheels of Justice the following documents:

SUMMONS IN A CIVIL ACTION, COMPLAINT, INITIAL CASE MANAGEMENT SCHEDULING ORDER, CASE MANAGEMENT CONFERENCE ORDER, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE, ADR PACKAGE, ECF REGISTRATION

3. On November 13th, 2007, I submitted a Certificate of Service regarding Defendant Mehdi Nafai to this Court using the ECF System for filing.

4. At the time of the filing of this Request, no answer or other responsive pleading has been filed by Defendant Doris Alicia Cordova.

5. Upon information and belief, Defendant Doris Alicia Cordova is neither an infant, an incompetent, nor in the military.

## **SUMMIT MORTGAGE CORPORATION**

1. Plaintiff filed his original Complaint in this Court on October 24th, 2007.

2. On November 1st, 2007, Plaintiff served Defendant Summit Mortgage Corporation via professional process server, Scott E. Lane, of Wheels of Justice, the following documents:

SUMMONS IN A CIVIL ACTION, COMPLAINT, INITIAL CASE MANAGEMENT SCHEDULING ORDER, CASE MANAGEMENT CONFERENCE ORDER, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE, ADR PACKAGE, ECF REGISTRATION

3. On November 13th, 2007, I submitted a Certificate of Service on Defendant Summit Mortgage Corporation to this Court using the ECF System for filing.

4. At the time of the filing of this Request, no answer or other responsive pleading has been filed by Defendant Summit Mortgage Corporation.

5. Upon information and belief, Defendant Summit Mortgage Corporation is neither an infant, incompetent, or in the military.

Plaintiff hereby requests the Clerk of this Court for the Entry of Default against Defendants: Mehdi Nafai, Doris Alicia Cordova and Summit Mortgage Corporation, a California Corporation, individually.

Respectfully submitted,
s/Scott A. Flaxman_____

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.

A copy of the foregoing was also sent via First Class U.S. Mail to:

G. Todd Burwell
Latham & Burwell
618 Crescent Boulevard, Suite #200
Ridgeland, MS 39157


s/Scott A. Flaxman_____
Scott A. Flaxman