| | |
|---|---|
| **Attorney Or Party Without Attorney** (Name and Address)<br>SCOTT A. FLAXMAN, ESQ.<br>LAW OFFICES OF SCOTT A. FLAXMAN<br>21 Buena Vista Road<br>South San Francisco, California 94080<br>Attorneys for: ALI BAALOUACH | Telephone: (415) 571-1058<br><br>Ref. No. Or File No.<br>W2486177 |

Insert name of court, Judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
ALI BAALOUACH

Defendant:
MEHDI NAFAI

**POS BY MAIL**

Case Number: C 07-5433 MJJ

At the time of service I was at least 18 years of age and not a party to this action.
On October 24, 2007, I served the within:

SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class in the United States mail at San Francisco, California, addressed as follows:

SUMMIT MORTGAGE
50 Surf View Drive
Bay Point, California 94565

*DORIS ALICIA CORDOVA*

Person serving:
Scott Simons
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 542
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 6, 2007     Signature: Scott Simons


Printed on recycled paper

Judicial Council form, rule 982(a) (23)