1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
3  PETER H. BALES (State Bar No. 251345)
   phb@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
7
   Attorneys for Defendant
8  REALTY MORTGAGE, LLC

9
                    UNITED STATES DISTRICT COURT
10
            NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISO
11

12

13  ALI BAALOUACH,                          Case No.:  C 07-5433 MJJ

14        Plaintiff,                        **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

15        vs.

16  MEHDI NAFAI, DORIS ALICIA
    CORDOVA, SUMMIT MORTGAGE,               Judge:           Hon. Martin J. Jenkins
17  REALTY MORTGAGE, LLC,                   Complaint Date:  October 24, 2007
    Doe 1 through 10,
18
          Defendants.

---

15239/0001/651899.1                         STIPULATION TO EXTEND TIME TO RESPOND
                                            CASE NO.:  C 07-5433 MJJ

Pursuant to Local Rule 6-1, the parties, by and through their respective counsel, hereby stipulate that Defendant Realty Mortgage, LLC. shall have until January 11, 2008, to respond to Plaintiff's complaint.

This stipulation is made after respective counsel for the Plaintiff and for Defendant Realty Mortgage conferred and agreed that there was good cause to extend the time to respond to the complaint.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED:  December 13, 2007 | SEVERSON & WERSON<br>A Professional Corporation |
| | |
| | By: _____/S/_____<br>        Sunny S. Huo |
| | Attorneys for Defendant<br>Realty Mortgage, LLC. |
| | |
| DATED:  December 12, 2007 | SCOTT A. FLAXMAN, ATTORNEY AT LAW |
| | |
| | By: _____/S/_____<br>        Scott A. Flaxman |
| | Attorney for Plaintiff<br>Ali Baalouach |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

- 1 -

15239/0001/651899.1

STIPULATION TO EXTEND TIME TO RESPOND
CASE NO.:  C 07-5433 MJJ