1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Baalouach, | 07-05433 MJJ |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Nafai, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2  to an e-mail directed to adr@cand.uscourts.gov.

3

4       It is the responsibility of counsel to schedule an ADR Phone Conference, if

5  required, to occur before the Case Management Conference.

6

7

8  Dated: January 24, 2008

9                                    RICHARD W. WIEKING
                                     Clerk
10                                   by:    Timothy J. Smagacz

11                                   *Timothy Smagacz*

12                                   ADR Administrative Assistant
                                     415-522-4205
13                                   Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**PROOF OF SERVICE**

Case Name:       Baalouach v. Nafai

Case Number:     07-05433 MJJ

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

      ADR Program
      United States District Court
      Norther District of California
      450 Golden Gate Avenue Floor 16
      San Francisco, CA 94102

On January 24, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

      Scott Aaron Flaxman
      Scott Flaxman, Attorney at Law
      21 Buena Vista Road
      South San Francisco, CA 94080
      scottflaxman@yahoo.com

      Mehdi Nafai
      ,

      Doris Alicia Cordova
      ,

      Summit Mortgage
      ,

      Sunny S. Huo
      Severson & Werson
      One Embarcadero Center, 25th Floor
      San Francisco, CA 94111
      ssh@severson.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 24, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov