1  SCOTT A. FLAXMAN (SBN 241285)
   SCOTT A. FLAXMAN, ATTORNEY AT LAW
2  21 Buena Vista Road
   South San Francisco, Ca 94080
3  Telephone: (415) 571-0582
   Facsimile:  (650) 952-0409
4
   Attorney for Plaintiff
5

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
                                              )
11                                            )
   ALI BAALOUACH,                             )
12                                            )
                              Plaintiff       )
13                                            )  Case No.: 3:07-cv-5433
    vs.                                       )
14                                            )
   MEHDI NAFAI,                               )
15                                            )  **NOTICE OF PENDING SETTLEMENT
   DORIS ALICIA CORDOVA,                      )  AGREEMENT  WITH REALTY
16                                            )  MORTGAGE, LLC**
   SUMMIT MORTGAGE,                           )
17                                            )
   REALTY MORTGAGE, LLC,                      )
18                                            )
   Doe 1 through Doe 10,                      )
19                                            )
                                              )
20                                            )
                              Defendant )
21

22     The Plaintiff, Ali Baalouach, by and through his counsel, Scott A. Flaxman ("Plaintiff"), and
       Defendant Realty Mortgage, LLC ("Realty Mortgage"), by and through its counsel, Sunny S.
23  Huo, have agreed to settle this above referenced case number: 3:07-cv-5433.  A Draft Settlement
    Agreement has been circulated between Plaintiff and Realty Mortgage and is awaiting final edits
24     and approvals by Realty Mortgage and Plaintiff, by and through their respective attorneys.

25

1
2      Upon full execution of the Settlement Agreement and tender of compromise payment from Realty Mortgage to Plaintiff, Plaintiff will file a motion to dismiss all claims against Realty Mortgage.  The Estimated Date for this to occur is February 6th, 2008.

3

4

5

6      Respectfully submitted,
       s/Scott A. Flaxman_____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

**CERTIFICATE OF SERVICE**

2

3

I hereby certify that on January 29th, 2008, I electronically transmitted the attached document to
the Clerk of Court using the ECF System for filing.

4

5

A copy of the foregoing was also sent via e-mail to:

6

The ADR Unit at:

7

adr@cand.uscourts.gov

8

9

s/Scott A. Flaxman_____

10

Scott A. Flaxman

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25