| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SCOTT A. FLAXMAN, ESQ.<br>LAW OFFICES OF SCOTT A. FLAXMAN<br>21 Buena Vista Road<br>South San Francisco, California 94080 | (415) 371-0582 | |
| Attorneys for: ALI BAALOUACH | Ref. No. Or File No.<br>W2486177 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
ALI BAALOUACH

Defendant:
MEHDI NAFAI

| Amended<br>POS BY MAIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07-5433 MJJ |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On November 2, 2007, I served the within:

SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class in the United States mail at San Francisco, California, addressed as follows:

SUMMIT MORTGAGE
50 Surf View Drive
Bay Point, California 94565

*DORIS ALICIA CORDOVA*

Person serving:
Scott Simons
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 542
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 6, 2007        Signature: _____
                                          Scott Simons

Printed on recycled paper                    Judicial Council form, rule 982(a) (23)