1 SCOTT A. FLAXMAN (SBN 241285)
  SCOTT A. FLAXMAN, ATTORNEY AT LAW
2 21 Buena Vista Road
  South San Francisco, Ca 94080
3 Telephone: (415) 571-0582
  Facsimile: (650) 952-0409
4
  Attorney for Plaintiff
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALI BAALOUACH, | ) | Case No.: 3:07-cv-5433 |
| | ) | |
| Plaintiff | ) | **STIPULATION AND REQUEST FOR** |
| | ) | **DISMISSAL OF COMPLAINT AGAINST** |
| vs. | ) | **REALTY MORTGAGE, LLC WITH** |
| | ) | **PREJUDICE** |
| MEHDI NAFAI, DORIS ALICIA CORDOVA, | ) | |
| SUMMIT MORTGAGE, REALTY | ) | FRCP 41(a)(1)(ii) |
| MORTGAGE, LLC, Doe 1 through Doe 10, | ) | |
| | ) | Judge: Hon. Jeffrey S. White |
| | ) | Complaint Date: October 24, 2007 |
| Defendant | ) | |

1  The Plaintiff, Ali Baalouach, by and through his counsel, Scott A. Flaxman ("Plaintiff")
2  and Defendant, Realty Mortgage, LLC, by and through its counsel, Sunny S. Huo ("Defendant
3  Realty Mortgage"), pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, request
4  the clerk of this court to dismiss Plaintiff's entire complaint against Defendant Realty Mortgage
5  with prejudice.

6  The parties shall bear their own attorneys' fees and costs. This stipulation is made after
7  Plaintiff and Defendant Realty Mortgage reached a mutually acceptable settlement.

8  IT IS SO STIPULATED.

9  DATED: March 3, 2008              SCOTT A. FLAXMAN, ESQ.
                                     Law Offices of Scott A. Flaxman

                                     By: _____
                                         Scott A. Flaxman
                                         Attorney for Plaintiff
                                         Ali Baalouach

13 DATED: March 3, 2008              SEVERSON & WERSON
                                     A Professional Corporation

                                     By: _____
                                         Sunny S. Huo
                                         Attorneys for Defendant
                                         Realty Mortgage, LLC

20  I hereby attest that I have on file all holograph signatures for any signatures indicated by
21  a "conformed" signature (/s/) within this efiled document.

                                     /s/ Scott A. Flaxman
                                     Scott A. Flaxman

# CERTIFICATE OF SERVICE

I hereby certify that on March 3RD, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.

/s/ Scott A. Flaxman
Scott A. Flaxman