**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 4, 2008

RE:  CV 07-05433 JSW        ALI BAALOUACH-v- MEHDI NAFAI

Default is entered as to Doris Alicia Cordova and Summit Mortgage on March 4, 2008.

RICHARD W. WIEKING, Clerk

*[signature]*

by Hilary D. Jackson
Case Systems Administrator

NDC TR-4  Rev. 3/89