**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALI BAALOUACH,

    Plaintiff,

  v.

MEHDI NAFAI, et al.,

    Defendants.

No. C 07-05433 JSW

**ORDER REFERRING MOTION FOR DEFAULT JUDGMENT TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION**

On March 16, 2008, Plaintiff filed a motion for default judgment against Doris Alicia Cordova and Summit Mortgage and noticed it for hearing on May 6, 2008. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion to a randomly assigned Magistrate Judge to prepare a report and recommendation on the motion. The hearing date set for May 6, 2008 is VACATED.

**IT IS SO ORDERED.**

Dated: March 17, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom