UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI BAALOUACH, | No. C-07-05433 JSW (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE OF REFERENCE;** |
| | **ORDER TO SUBMIT EVIDENCE** |
| MEHDI NAFAI, ET AL., | **BY MAY 31, 2008** |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Joseph C. Spero for a report and recommendation regarding Plaintiff's motion for default judgment against Doris Alicia Cordova and Summit Mortgage (the "Motion") [Docket No. 20].

In order to obtain any relief on default judgment, including damages, Plaintiff must provide evidence to the Court that he is entitled to such relief. This may include sworn statements and/or documentary evidence supported by sworn declarations verifying the authenticity of the documents. Plaintiff's Motion, as filed, is not supported by any admissible evidence. Plaintiff shall submit, **not later than May 31, 2008**, evidence establishing that he is entitled to the relief sought in the Motion. Any opposition to the Motion shall be filed **by June 15, 2008**. The Court will then determine what future proceedings, if any, are necessary.

**LAW AND MOTION HEARING PROCEDURES**

Civil law and motion is heard on Friday mornings, at 9:30 a.m., in Courtroom A, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102. All documents shall be filed with the Clerk's Office in compliance with Civil L. R. 7-2 through 7-5.

1  Documents not filed in compliance with those rules will not be considered by the Court.  Any party
2  seeking an award of attorney's fees or other expenses in connection with this motion shall file a
3  motion in accordance with Civil L. R. 37-3.
4     Law and motion matters may be submitted without argument upon stipulation of the parties
5  and notification of the Court no later than 4:30 p.m. the day before the hearing.  Pursuant to Civil
6  L. R. 7-7(e), filed motions may be withdrawn without leave of the Court, within seven (7) days of
7  the date for service of the opposition.  Thereafter, leave of the Court must be sought.

**ELECTRONIC FILING AND COURTESY COPIES**

Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of California for information relating to electronic filing procedures and requirements.

BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS' COPY."  All filings of documents relating to motions referred to the undersigned shall list the civil case number and the district court judge's initials followed by the designation "(JCS)".

The failure of counsel or a party to abide by this Order may result in sanctions pursuant to Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

Dated:  March 24, 2008

JOSEPH C. SPERO
United States Magistrate Judge