UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALI BAALOUACH,                                       No. C 07-05433 JSW (JCS)

        Plaintiff(s),
                                                     CLERK'S NOTICE
  v.

MEHDI NAFAI, ET AL.,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Plaintiff's Motion for Default Judgment, before Magistrate Judge Spero, has been set for **Friday, August 22, 2008 , at 1:30 p.m.,** in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  Any party requesting a continuance shall submit a stipulation and proposed order.

Dated:  June 18, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: *Karen L. Hom*
    Karen L. Hom
    Courtroom Deputy