# EXHIBIT J

| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | B. TYPE OF LOAN | | OMB No. 2502-0265 |
|---|---|---|---|
| SETTLEMENT STATEMENT<br>FINAL STATEMENT<br>**Fidelity National Title Company** | 1. [ ] FHA  2. [ ] FmHA  3. [ ] Conv. Unins<br>4. [ ] VA   5. [ ] Conv. Ins | | |
| | 6. ESCROW NUMBER:<br>07-**535189**-AC | 7. LOAN NUMBER:<br>0086697562 | |
| | 8. MORTGAGE INSURANCE CASE NUMBER: | | |

NOTE: THIS FORM IS FURNISHED TO GIVE YOU A STATEMENT OF THE ACTUAL SETTLEMENT COSTS. AMOUNTS PAID TO AND BY THE SETTLEMENT AGENT ARE SHOWN. ITEMS MARKED "(P.O.C.)" WERE PAID OUTSIDE OF THE CLOSING; THEY ARE SHOWN HERE FOR INFORMATIONAL PURPOSES AND ARE NOT INCLUDED IN THE TOTALS.

| D. NAME & ADDRESS OF BORROWER:<br>Ivan Jesse Castro<br>68 Cayuga Avenue<br>San Francisco, CA 94112 | E. NAME & ADDRESS OF SELLER:<br>Ali Baalouach<br>604 Geary Street<br>San Francisco, CA 94102 | F. NAME & ADDRESS OF LENDER:<br>Wells Fargo Bank, N. A.<br>1000 Burnett Ave #300<br>Concord, CA 94520 |
|---|---|---|
| G. PROPERTY LOCATION:<br>68 Cayuga Avenue<br>San Francisco, California 94112 | H. SETTLEMENT AGENT:<br>Fidelity National Title Company<br>PLACE OF SETTLEMENT:<br>1388 Sutter Street, Suite 1200<br>San Francisco, CA 94109 | I. SETTLEMENT DATE:<br>July 30, 2008<br>DISBURSEMENT DATE:<br>July 31, 2008 |

| J. SUMMARY OF BORROWER'S TRANSACTIONS | | K. SUMMARY OF SELLER'S TRANSACTIONS | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | 860,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments: Items Paid by Seller in Advance | | Adjustments: Items Paid by Seller in Advance | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 117. | | 417. | |
| 118. | | 418. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | | 420. GROSS AMOUNT DUE TO SELLER | 860,000.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 45,688.34 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff to Countrywide Home Loans | 810,524.48 |
| 205. | | 505. Payoff to Countrywide Home Loans | 3,000.00 |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments: Items Unpaid by Seller | | Adjustments: Items Unpaid by Seller | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. UnPd County Taxes fr 7/1/2008 to 7/30/2008 | 787.18 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | | 520. Total Reductions in Amount Due Seller | 860,000.00 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER** | | **600. CASH AT SETTLEMENT TO/FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | | 601. Gross amount due to seller (line 420) | 860,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | | 602. Less reduction in amount due seller (line 520) | 860,000.00 |
| 303. CASH ( FROM) ( TO) BORROWER | | 603. CASH (XX TO) ( FROM) SELLER | |

## L. SETTLEMENT CHARGES

| | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| **700. TOTAL SALES/BROKER'S COMMISSION = $22,741.82** | | |
| Division of Commission (line 700) as follows: | | |
| 701. $22,741.82 – Listing Broker Commission to Scott Flaxman Real Estate 0.00% | | |
| 702. | | |
| 703. Commission paid at Settlement | | 22,741.82 |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee | | |
| 802. Loan Discount | | |
| 803. Appraisal Fee | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |
| 812. | | |
| 813. | | |
| 814. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest @ $85.93 per day fr 7/29/2008 to 8/1/2008 | | |
| 902. Mortgage Insurance Premium | | |
| 903. Hazard Insurance Premium | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard Insurance    months @ $    per month | | |
| 1002. Mortgage Insurance    months @ $    per month | | |
| 1003. City property taxes    months @ $    per month | | |
| 1004. County property taxes    months @ $    per month | | |
| 1005. Annual assessments    months @ $    per month | | |
| 1006. | | |
| 1007. | | |
| 1008. | | |
| **1100. ESCROW AND TITLE CHARGES** | | |
| 1101. Settlement or Closing Fee to Fidelity National Title | | |
| 1102. Abstract or title search | | |
| 1103. Title examination | | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary fees | | |
| 1107. Attorney's fee | | |
| 1108. Title insurance Fidelity National Title Insurance Company | | |
| 1109. Lender's coverage - 14-ALTA Loan Policy - 2006 for $533,850.00; $668.00 | | |
| 1110. Owner's coverage - 02-ALTA Homeowner's 1-4 Res. for $860,000.00; $2,018.00 | | |
| 1111. | | |
| 1112. | | |
| 1113. | | |
| 1114. | | |
| 1115. | | |
| 1116. | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording Fees: Deed $20.00   Mortgage $0.00   Release $0.00 | | |
| 1202. City/county tax/stamps: $5,848.00   Mortgage $ | | 5,848.00 |
| 1203. State tax/stamps: Deed $   Mortgage $ | | |
| 1204. | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey | | |
| 1302. Pest inspection | | |
| 1303. Defaulted Tax Bill 03879 Lot 21, Block 6752 to San Francisco County Tax Collector | | 17,098.52 |
| 1304. | | |
| 1305. | | |
| 1306. | | |
| 1307. | | |
| 1308. | | |
| 1309. | | |
| 1310. | | |
| 1311. | | |
| **1400. TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K)** | | 45,688.34 |

Print Date: July 31, 2008 4:47 PM  
Escrow No.: 07-**535189**-AC  
Locate No.: CAFNT0938-0938-0003-0000535189  
Settlement Agent: Fidelity National Title Company

Page 3

## ATTACHMENT TO RESPA

|  | BUYER | SELLER |
|---|---|---|

**LENDERS**  
Wells Fargo Bank  
Loan Number: 650-650-8265472-1998

**PROPERTIES**

**Payoff charges for Countrywide Home Loans**  
Payment Demanded                                                                                               810,524.48  
**Subtotal**                                                                                                        **810,524.48**

**Payoff charges for Countrywide Home Loans**  
Payment Demanded                                                                                                   3,000.00  
**Subtotal**                                                                                                         **3,000.00**