```
SCOTT A. FLAXMAN (SBN 241285)
SCOTT FLAXMAN LAW
21 Buena Vista Road
South San Francisco, California 94080
Telephone: (415) 571-0582
Facsimile: (650) 952-0409
scottf@scottflaxmanlaw.com
```

**ATTORNEY FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALI BAALOUACH,<br><br>                    **Plaintiff**<br><br>vs.<br><br>MEHDI NAFAI,<br><br>DORIS ALICIA CORDOVA,<br><br>SUMMIT MORTGAGE,<br><br>REALTY MORTGAGE, LLC,<br><br>Doe 1 through Doe 10,<br><br>                    Defendant | Case No.C-07-05433 JSW (JCS)<br><br>[Assigned for Report and Recommendation on Default Judgment to the **Honorable Magistrate Judge Joseph C. Spero**]<br><br>DECLARATION OF SCOTT A. FLAXMAN IN SUPPORT OF PLAINTIFF ALI BAALOUACH'S MOTION FOR DEFAULT JUDGMENT AND TO THE AUTHENTICITY OF PLAINTIFF'S EXHIBIT J.<br><br>**Date:**         August 22nd, 2008<br>**Time:**         1:30 p.m.<br>**Courtroom:**   A, (15th Floor) |

I, SCOTT A. FLAXMAN, do hereby declare:

1. I am an attorney licensed to practice law in the State of California and have been admitted

1

**DECLARATION OF SCOTT A. FLAXMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND AS TO THE AUTHENTICITY OF PLAINTIFF'S EXHIBIT J**

to practice before the bar of this Court. I am the attorney of record for the Plaintiff, Ali Baalouach ("Plaintiff").

2. I am aware that on March 24th, 2008, the Hon. Judge Joseph C. Spero ordered all evidence in support of Plaintiff's Motion for Default Judgment to be submitted by May 31, 2008 along with sworn declarations as to the authenticity of this evidence. All such evidence then available and sworn declarations were duly submitted prior to the May 31, 2008 deadline. The final item of evidence, Exhibit J, could not be submitted by the deadline because the short-sale of the property, (used to secure the loans which are the subject matter of this action): 68 Cayuga, San Francisco, California 94112 ("the Property") had not yet been finalized due to numerous delays in final approval from Countrywide Home Loans. The Settlement date for the sale of the Property was not until July 30, 2008.

3. I am familiar with the terms of the sale of the Property and the Settlement Statement submitted as Exhibit J associated with that sale and I attest that the foregoing is true and correct and if called as a witness I would testify competently thereto.

Respectfully submitted by:             **SCOTT FLAXMAN LAW**

Dated: August 22nd, 2008

By:  __/ s /__   Scott A. Flaxman
**Scott A. Flaxman**
Attorney for Plaintiff Ali Baalouach

2

**DECLARATION OF SCOTT A. FLAXMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND AS TO THE AUTHENTICITY OF PLAINTIFF'S EXHIBIT J**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22nd, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.

s/Scott A. Flaxman_____
Scott A. Flaxman

**DECLARATION OF SCOTT A. FLAXMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND AS TO THE AUTHENTICITY OF PLAINTIFF'S EXHIBIT J**