# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO. C 07-05433 JSW (JCS)**

**CASE NAME: ALI BAALOUACH v. MEHDI NAFAI, ET AL.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: August 22, 2008     **TIME: 19 mins** | **COURT REPORTER**: <u>Lydia Zinn</u> |
| **<u>COUNSEL FOR PLAINTIFF:</u>**<br>Scott Flaxman | **<u>COUNSEL FOR DEFENDANT:</u>**<br>No Appearance |

---

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Pla's Motion for Default Jgm [Docket 23] | Submitted |

**<u>ORDERED AFTER HEARING:</u>**

Plaintiff to file supplemental affidavits by August 29, 2008.

**<u>NOTES:</u>** Court would like Plaintiff to file a dismissal of Dft Nafai.

---

**ORDER TO BE PREPARED BY:**     ( ) Plaintiff     ( ) Defendant     (X) Court

**CASE CONTINUED TO:**

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**     at 9:30 a.m. | | **Pretrial Conference:**     at 1:30 p.m. |

**Trial Date:**     at 8:30 a.m.  ( )Jury  ( )Court     Set for     days

---

**cc:**     Chambers; Karen
\* (T) = Telephonic Appearance