SCOTT A. FLAXMAN (SBN 241285)
**SCOTT FLAXMAN LAW**
21 Buena Vista Road
South San Francisco, California 94080
Telephone: (415) 571-0582
Facsimile:  (650) 952-0409
scottf@scottflaxmanlaw.com

**ATTORNEY FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALI BAALOUACH**,<br><br>                    **Plaintiff**<br><br>vs.<br><br>MEHDI NAFAI,<br><br>DORIS ALICIA CORDOVA,<br><br>SUMMIT MORTGAGE,<br><br>REALTY MORTGAGE, LLC,<br><br>Doe 1 through Doe 10,<br><br>                    Defendant | Case No.C-07-05433 JSW (JCS)<br><br>[Assigned for Report and Recommendation on Default Judgment to the **Honorable Magistrate Judge Joseph C. Spero**]<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY  DISMISSAL OF COMPLAINT AS TO DEFENDANT MEHDI NAFAI AND DEFENDANTS DOE 1 THROUGH DOE 10**<br><br>FRCP 41(a)(1)(i)<br><br>**Date:**       August 22nd , 2008<br>**Time:**       1:30 p.m.<br>**Courtroom:**  A, (15th Floor) |

 The Plaintiff, Ali Baalouach, by and through his counsel, Scott A. Flaxman ("Plaintiff"),

pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby voluntarily

1

dismisses, with prejudice, Plaintiff's entire complaint as to Defendant Mehdi Nafai and Defendants Doe 1 through Doe 10.

Respectfully submitted by:                              **SCOTT FLAXMAN LAW**

Dated: August 26th , 2008

By:   /s/   Scott  Flaxman
      **Scott A. Flaxman**
Attorney for Plaintiff Ali Baalouach

## CERTIFICATE OF SERVICE

I hereby certify that on August 26th, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.

s/Scott A. Flaxman_____
Scott A. Flaxman