SCOTT A. FLAXMAN (SBN 241285)
**SCOTT FLAXMAN LAW**
21 Buena Vista Road
South San Francisco, California 94080
Telephone: (415) 571-0582
Facsimile: (650) 952-0409
scottf@scottflaxmanlaw.com

**ATTORNEY FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **ALI BAALOUACH,** | ) Case No.C-07-05433 JSW (JCS) |
|  | ) |
| **Plaintiff** | ) [Assigned for Report and |
|  | ) Recommendation on Default Judgment |
|  | ) to the **Honorable Magistrate Judge** |
| vs. | ) **Joseph C. Spero**] |
|  | ) |
| MEHDI NAFAI, | ) AFFADAVIT OF SCOTT A. |
|  | ) FLAXMAN IN SUPPORT OF |
| DORIS ALICIA CORDOVA, | ) PLAINTIFF ALI BAALOUACH'S |
|  | ) MOTION FOR DEFAULT |
| SUMMIT MORTGAGE, | ) JUDGMENT |
|  | ) |
| REALTY MORTGAGE, LLC, | ) **Date:** **August 22nd , 2008** |
|  | ) **Time:** **1:30 p.m.** |
| Doe 1 through Doe 10, | ) **Courtroom:** **A, (15th Floor)** |
|  | ) |
|  | ) |
|  | ) |
| **Defendant** | ) |

I, SCOTT A. FLAXMAN, do hereby aver:

1. I am an attorney licensed to practice law in the State of California and have been admitted

AFFADAVIT OF SCOTT A. FLAXMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

to practice before the bar of this Court. I am the attorney of record for the Plaintiff, Ali Baalouach ("Plaintiff").

2. The following consists of a detailed description of the service diligence on Defendants Summit Mortgage Corporation ("Summit") and Doris Alicia Cordova a.k.a. Dora Cordova ("Cordova") and a discussion of attorney's fees requested in the above entitled matter.

## SERVICE OF PROCESS DILIGENCE

3. I have made numerous attempts to contact Defendant Cordova and her company Defendant Summit. In researching possible locations for both Summit and Cordova I discovered, from the California Department of Real Estate's ("DRE") website a number of web pages containing licensing and other information regarding Cordova. One such page, the ("DRE Cordova Page"), *attached hereto as Plaintiff's exhibit K and by this reference hereby incorporated herein* [last checked October 5, 2007], the DRE: lists Doris Alicia Cordova as a licensed broker; shows Doris Alicia Cordova d.b.a. (doing business as) Summit Mortgage and La Hacienda Realty; indicates that Doris Alicia Cordova had, as a former name, Dora [sic] Alicia Cordova; indicates that La Hacienda Realty is an affiliated licensed corporation; shows a branch at: 1800 Sutter Street, Concord, California 94520; main office at: 4285 Armand Drive, Concord, California 94521 and shows the mailing address for Defendant Cordova and Defendant Summit as P.O. Box 5098 Concord, California 94524 ("PO Box Address").

A second page on the DRE website, the ("La Hacienda Real Estate Page"), *attached hereto as Plaintiff's Exhibit L and by this reference hereby incorporated herein* [last

2

checked August 25th, 2008 at 8:37 p.m.], the DRE lists La Hacienda Real Estate, Inc. ("La Hacienda"), indicates that Doris Alicia Cordova is the designated, licensed officer for La Hacienda; that La Hacienda is doing business as Summit Mortgage and Realty World La Hacienda, that there is a main office at: 4285 Armand Drive, Concord, California 94520 and that the mailing address is: PO Box 5098 Concord, California 94524.

4. On October 16th, 2007, prior to filing the Complaint in this above-entitled action, I sent a letter, (a copy of the version sent to: PO Box 5098, Concord, California 94524 is *attached hereto as Plaintiff's Exhibit M and by this reference hereby incorporated herein)*,  to Defendant Cordova and Defendant Summit addressed and sent to both at the following addresses:

Doris Alicia Cordova
Broker
Summit Mortgage Company
La Hacienda Real Estate, Inc.
Realty World La Hacienda

4825 Armand Drive
Concord, California 94521

1800 Sutter Street
Concord, California 94520

PO Box 5098
Concord, California 94524

I never received any response from Defendant Cordova to any of these letters.

5. In further research, I discovered a few web-pages maintained by the Secretary of State of California ("SOS"), called the California Business Portal ("Portal"). On one of these

3

pages, I discovered information concerning La Hacienda ("SOS La Hacienda Portal Page"). On the SOS La Hacienda Portal page, *attached hereto as Plaintiff's Exhibit N and by this reference hereby incorporated herein,* [last checked October 22, 2007], La Hacienda is shown with an address of: 1220 Oakland Boulevard Suite # 200, Walnut Creek, California 94596; shows a "dated filed" of 3/23/2005; and lists: Agent for Service of Process: Doris Alicia Cordova, 1220 Oakland Boulevard, Suite #200, Walnut Creek, California 94596.

6. On the second Portal page, captioned with the word, Corporations, "Corporations Portal Page," *attached hereto as Plaintiff's exhibit O and hereby incorporated by reference,* [last checked October 22, 2007], lists One Summit Mortgage, Inc. with an address of 1220 Oakland Boulevard, Suite #200, Walnut Creek, California 94596, shows the date filed as 3/23/2005 and lists the agent for service of process as: Doris Cordova, 1220 Oakland Boulevard, Suite #200, Walnut Creek, California 94596.

7. On October 23rd, 2007, Deputy Clerk, Anna Sprinkles, of the United States District Court for the Northern District of California, signed and stamped with the official seal of the United States District Court for the District of California, a Summons for Civil Case No. C 07 5433, issued to: Summit Mortgage, Doris Alicia Cordova (changed name from Dora Alicia Cordova), Broker, Agent for Service of Process, 1220 Oakland Boulevard, Suite #200, Walnut Creek, California 94596, ("Summit Summons"), *attached hereto as Plaintiff's Exhibit P and by this reference hereby incorporated herein.*

4

6. On October 24th, 2007, Wheels of Justice ("Wheels"), a professional process serving company, issued a service report to me regarding Wheels' attempt to serve the Summons Defendant Summit and Defendant Cordova at the business address ("Wheels' Service Report"), *hereby incorporated by reference and attached as Plaintiff's Exhibit Q.* The detail of this attempt at service at Defendant Cordova and Defendant Summit's business address is located in the middle of the page of the document defined below on the right hand side. The address of this attempted service was: 1220 Oakland Boulevard, Suite #200, Walnut Creek, California, 94596. Per Wheels' service report, 1220 Oakland Boulevard, Suite #200, Walnut Creek, California 94596 was a, **"BAD ADDRESS - MOVED."** (Wheels' service report at 1).[emphasis in original].

7. A web page maintained by Stewart Title Company, which provides detail of tax records for real property in the State of California ("Stewart Title Tax Records"), *hereby incorporated by reference and attached as Plaintiff's Exhibit R,* indicates that Dora Cordova (Doris Alicia Cordova's former name as detailed in section 2 above) as the owner of real property located at 50 Surf View Drive, Bay Point, California 94565 ("Surf View Address"). (Stewart Title Tax Records at 1).

8. Exhibits S-V are Proofs of Service and Proofs of Service by Mail on Defendant Doris Alicia Cordova and Defendant Summit Mortgage Corporation as attested to by Wheels and *by this reference are hereby incorporated as Exhibits S, T, U and V.* Exhibit W is a copy of the original Summons issued to Doris Alicia Cordova at 50 Surf View Drive, Bay Point California 94565 and *by this reference is hereby incorporated herein as Exhibit W.*

AFFADAVIT OF SCOTT A. FLAXMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

## ATTORNEY'S FEES

9. My request for attorney's fees is based on a reasonable estimate of my time spent bringing this action to this stage. I did not keep detailed time records because I was retained on a contingent basis. Over the past year, I estimate that I have spent approximately one hundred and sixty hours on this matter which breaks down to an average of one hour a day, five days a week for eight of the past twelve months.

Signed and sworn to this 27TH day of August 2008.

Scott A. Flaxman

Notary Public Sheetal Sehgal See attached

My commission expires Aug 17, 2012

Respectfully submitted by:                 **SCOTT FLAXMAN LAW**

Dated: August 27TH, 2008

By:

**Scott A. Flaxman**
Attorney for Plaintiff Ali Baalouach

6

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of ___San Mateo___

On ___Aug 27, 2008___ before me, ___SHEETAL SEHGAL, Notary Public___,
(Here insert name and title of the officer)

personally appeared ___Scott A. Flaxman___

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

___Sheetal Sehgal___

Signature of Notary Public

(Notary Seal)

SHEETAL SEHGAL
Commission # 1667097
Notary Public - California
San Mateo County
My Comm. Expires Aug 17, 2012

---

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

_____
(Additional information)

**CAPACITY CLAIMED BY THE SIGNER**
☐ Individual (s)
☐ Corporate Officer

_____
(Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM
*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
    ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
    ❖ Indicate title or type of attached document, number of pages and date.
    ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

2008 Version CAPA v12.10.07 800-873-9865  www.NotaryClasses.com

1

2

## **CERTIFICATE OF SERVICE**

3

4    I hereby certify that on August 27th, 2008, I electronically transmitted the attached document
5    to the Clerk of Court using the ECF System for filing.

6    s/Scott A. Flaxman
7    Scott A. Flaxman

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

AFFADAVIT OF SCOTT A. FLAXMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

# EXHIBIT K

# STATE OF CALIFORNIA
# DEPARTMENT OF REAL ESTATE

The license information shown below represents public information taken from the Department of Real Estate's database at the time of your inquiry. It will not reflect pending changes which are being reviewed for subsequent database updating. Also, the license information provided includes formal administrative actions that have been taken against licensees pursuant to the Business and Professions Code and/or the Administrative Procedure Act. All of the information displayed is public information. Although the business and mailing addresses of real estate licensees are included, this information is not intended for mass mailing purposes.

License information taken from records of the Department of Real Estate on 10/5/2007 11:51:08 AM

| | |
|---|---|
| **License Type:** | BROKER |
| **Name:** | Cordova, Doris Alicia |
| **Mailing Address:** | P O BOX 5098<br>CONCORD, CA 94524 |
| **License ID:** | 01270721 |
| **Expiration Date:** | 04/22/11 |
| **License Status:** | LICENSED |
| **Broker License Issued:** | 12/18/02 (Unofficial -- taken from secondary records) |
| **Former Name(s):** | Cordova, Dora Alicia |
| **Main Office:** | 4285 ARMAND DR<br>CONCORD, CA 94521 |
| **DBA** | La Hacienda Realty<br>ACTIVE AS OF 03/04/2003<br><br>Summit Mortgage<br>ACTIVE AS OF 05/19/2003 |
| **Branches:** | 1800 SUTTER ST<br>CONCORD, CA 94520 |

*Handwritten annotations:*

REALTY NORTH ALE
CORPORATION
1505 HILLWAY 360)
SUITE #850
GRAND PRAIRIE, TX
75053

2981 DOUGLAS
BLVD. SUITE #205
ROSEVILLE, CA
(916) 789-1110

**Affiliated Licensed Corporation(s):** 01502202 - Officer Expiration Date: 05/19/09
La Hacienda Real Estate Inc

**Comment:** NO DISCIPLINARY ACTION

NO OTHER PUBLIC COMMENTS

>>>> Public information request complete <<<<

K

# EXHIBIT L

# STATE OF CALIFORNIA
# DEPARTMENT OF REAL ESTATE

The license information shown below represents public information taken from the Department of Real Estate's database at the time of your inquiry. It will not reflect pending changes which are being reviewed for subsequent database updating. Also, the license information provided includes formal administrative actions that have been taken against licensees pursuant to the Business and Professions Code and/or the Administrative Procedure Act. All of the information displayed is public information. Although the business and mailing addresses of real estate licensees are included, this information is not intended for mass mailing purposes.

License information taken from records of the Department of Real Estate on 8/25/2008 8:29:42 PM

| | |
|---|---|
| **License Type:** | CORPORATION |
| **Name:** | La Hacienda Real Estate Inc |
| **Mailing Address:** | P O BOX 5098<br>CONCORD, CA 94524 |
| **License ID:** | 01502202 |
| **Expiration Date:** | 05/19/09 |
| **License Status:** | LICENSED |
| **Corporation License Issued:** | 05/20/05 (Unofficial -- taken from secondary records) |
| **Former Name(s):** | NO FORMER NAMES |
| **Main Office:** | 4285 ARMAND DR<br>CONCORD, CA 94520 |
| **Licensed Officer(s):** | DESIGNATED OFFICER<br>01270721 - Expiration Date: 05/19/09<br>Cordova, Doris Alicia |
| **DBA** | Realty World La Hacienda<br>ACTIVE FROM 05/20/2005 TO 07/23/2007<br><br>Summit Mortgage<br>ACTIVE AS OF 04/27/2006 |
| **Branches:** | NO CURRENT BRANCHES |
| **Salespersons:** | 01503989 - Benham, James Michael |
| | 01447861 - Nethercott, Kelly Marie |
| **Comment:** | NO DISCIPLINARY ACTION |
| | NO OTHER PUBLIC COMMENTS |
| | >>>> Public information request complete <<<< |

# EXHIBIT M

# SCOTT A. FLAXMAN

ATTORNEY AND COUNSELOR
21 BUENA VISTA ROAD
SOUTH SAN FRANCISCO, CA 94080

Phone:    (415) 571-0582
Fax:      (650) 952-0409

October 16th, 2007

**VIA MAIL TO:**
Doris Alicia Cordova
Broker
Summit Mortgage Company
La Hacienda Real Estate, Inc.
Realty World La Hacienda

4825 Armand Drive
Concord, California 94521

1800 Sutter Street
Concord, California 94520

PO Box 5098
Concord, California 94524

**In re:**        **United States District Court Complaint:**
**Ali Baalouach vs. Doris Alicia Cordova, Summit Mortgage,**
**Mehdi Nafai, Realty Mortgage, LLC, Doe 1 through Doe 10**

Dear Ms. Cordova,

I am writing to make an offer in compromise on the above captioned and attached Civil
Complaint in which you and your company are named Defendants. Details of the harm done to
my client by you, your company, your affiliated entities, your employees and/or agents are
detailed in the attached document as well. As you can see from the body of the Action, we will
request actual damages in the amount of $950,000 and make an additional request for punitive
damages. Similar lawsuits have recently concluded with multi-million dollar verdicts in favor of
the plaintiffs.

We will file our Complaint in United States District Court on October 22nd, 2007 unless we
receive our offer of compromise payment from you and/or your affiliated enterprises in the
amount of: $350,000.

This offer is valid until Friday, October 20th. To accept the proposal, you must send **written**
**confirmation** of assent by October 20t<sup>h</sup>, 2007 by 3:00 p.m., Pacific Standard Time, to my address
or fax number listed above.

I thank you in advance for your cooperation in this matter.

Sincerely Yours,

Scott A. Flaxman

# EXHIBIT N



# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of OCT 19, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| LA HACIENDA REAL ESTATE, INC. | | |
| **Number:** C2727353 | **Date Filed:** 3/23/2005 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 1220 OAKLAND BLVD STE 200 | | |
| WALNUT CREEK, CA 94596 | | |
| **Agent for Service of Process** | | |
| DORIS CORDOVA | | |
| 1220 OAKLAND BLVD STE 200 | | |
| WALNUT CREEK, CA 94596 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

N

# EXHIBIT O

# California Business Portal

Secretary of State DEBRA BOWEN

SECRETARY OF STATE | ELECTIONS & VOTER INFO | BUSINESS PROGRAMS | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES

**Business Search**
Corporations

Printer Friendly Page

New Search

Search Tips

Field Definitions

Status Definitions

Name Availability

Corporate Records

**Business Entities**
Records Order Form
Certificates
Copies
Status Reports

FAQS

Corporations Main Page

Site Search

## Corporations

The information displayed here is current as of "OCT 19, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| ONE SUMMIT MORTGAGE, INC. |

| Number: C2727354 | Date Filed: 3/23/2005 | Status: suspended |
|---|---|---|

| Jurisdiction: California |
|---|

| Address |
|---|
| 1220 OAKLAND BLVD STE 200 |
| WALNUT CREEK, CA 94596 |

| Agent for Service of Process |
|---|
| DORIS CORDOVA |
| 1220 OAKLAND BLVD STE 200 |
| WALNUT CREEK, CA 94596 |

Printer Friendly

**New Search**

- For Information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. **Privacy Statement**



# EXHIBIT P

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

ALI BAALOUACH

### SUMMONS IN A CIVIL CASE

CASE NUMBER:

**V.**

MEHDI NAFAI, DORIS ALICIA CORDOVA,
SUMMIT MORTGAGE,
REALTY MORTGAGE, LLC, Doe 1- Doe 10

TO: (Name and address of defendant)

Summit Mortgage
Doris Alicia Cordova (changed name from Dora Alicia Cordova), Broker, Agent for Service of Process
1220 Oakland Boulevard, Suite #200
Walnut Creek, California 94596

### YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott A. Flaxman, Attorney at Law
21 Buena Vista Road
South San Francisco, Ca 94080

an answer to the complaint which is herewith served upon you, within **20**  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE October 23rd, 2007

(BY) DEPUTY CLERK



# EXHIBIT Q

**WHEELS OF JUSTICE, INC.** *657 Mission Street, Suite 502 San Francisco, Ca 94105*

Tel: (415) 546-6000    Fax: (415) 546-6199    Invoice No. W2486177

Attorney SCOTT A. FLAXMAN, ESQ.

Date  October 24, 2007

Telephone (415) 571-0582
Fax      (650) 952-0409

Court  UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Atty File  ALI BAALOUACH

Plaintiff   ALI BAALOUACH
Defendant   MEHDI NAFAI
Case No.    C 07-5433 MJJ

Attention Scott Flaxman

Firm   LAW OFFICES OF SCOTT A. FLAXMAN·
21 Buena Vista Road
South San Francisco, California  94080

D  SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL
o  CASE MANAGEMENT SCHEDULING ORDER; CASE
c  MANAGEMENT CONFERENCE ORDER; NOTICE OF
u  AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE
m  JURISDICTION; CONSENT TO JURISDICTION BY A UNITED
e  STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF
n  REGISTRATION
t
s

Serve:   SUMMIT MORTGAGE

Residence Address (1)

Business Address (2)

50 Surf View Drive
Bay Point, California  94565

1220 Oakland Boulevard, Suite 200
Walnut Creek, California  94596·
Bus Phone

**HOME ADDRESS**

**BAD ADDRESS - MOVED**

Special Instructions

DORIS ALICIA CORDOVA, Broker

| Hearing Date | | | Time | | Dept | | | Last Date to Serve **ROUTINE** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Age | **3 5** | Hgt | **5/8** | Race **Hispanic** | Wt | **180** | Sex | **M** | Hair | **Black** |

Service Date   11/1/07   Time            Servers Name

Report  10/24/2007
        prepaid $75.00

10/24/2007      6:35 p.m.
Per current occupants of 3 months, subject is unknown. (Defendant owns the house)

10/25/07 6:20 p.m.
No answer - house is dark.

10/30/07 6:30 p.m.
No answer.
11/01/07 7:10 p.m.
Subserved "JOHN DOE" (35 yrs/5'9"/Hisp/180 lbs/M/Blk hr) at the residence address.
11/2/07
Copies mailed [ss]

Attorney Check Attached

| ITEM | CHARGES |
|---|---|
| Service | 75.00 |
| Bad Address | 75.00 |
| Time | |
| Mileage | |
| Fees Adv. | |
| Check Charge | |
| Copywork | |
| Court Service | |
| **TOTAL** | **$150.00** |

**Thank you for using WHEELS OF JUSTICE, INC.**

Please remit payment with copy of this invoice - Net due upon receipt - IRS #94-3403270

ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% or $5.00 MINIMUM PER MONTH

# EXHIBIT R

# stewart
### title of california

**Property Profile**

**Primary Owner: CORDOVA,DORA**
**Secondary Owner:**
**Mail Address: 50 SURF VIEW DR**
      **BAY POINT, CA 94565**
**Site Address: 50 SURF VIEW DR**
     **BAY POINT, CA 94565**
**Telephone Number:**
   **APN: 098-172-016-2**
**Reference APN:**
**Census Tract: 3142.003**
**Housing Tract Number:**
**Lot Number: 715**
**Page Grid Old: 15-A5**
**Page Grid New: 553-D7**
**Legal Description: SHORE ACRES #5 LOT 715 LESS MIN RTS**
**Subdivision: SHORE ACRES UN 05**

CALIFORNIA
*Geo Level: 0*

## Property Characteristics

| | | |
|---|---|---|
| Bedrooms: 3 | Year Built: 1953 | Square Feet: 1,102 |
| Bathrooms: 1.0 | Garage: | Lot Size: 5,000 sq ft / 0.11 acres |
| Total Rooms: 5 | Fireplace: | Number of Units: 1 |
| Zoning: R6 | Pool/View: | Use Code: Single Family Residence |
| Heating/Cooling: | | |

## Sale & Loan Information

| | | |
|---|---|---|
| Transfer Date: 12-14-2005 | Seller: | Document: 0000479615 |
| Transfer Value: $170,000 | Cost/Sq Feet: $154.26 | Title Co.: Financial Title |
| First Loan Amt: $340,000 | Lender: Bnc Mtg Inc | Last Trans W/OS: |
| Loan Type: | Interest Rate Type: V | Last Trans W/OS Doc: |

## Assessed & Tax Information

| | | |
|---|---|---|
| Assessed Value: $390,000 | Percent Improvement: 41.66 | Homeowner Exemption: |
| Land Value: $227,526 | Tax Amount: $4,558 | Tax Rate Area: 79024 |
| Improvement Value: $162,474 | Tax Status: current | |

© 2007 DataQuick Information Systems. This information is compiled from public records and is not guaranteed.

# EXHIBIT S

| FOR COURT USE ONLY | | | | |
|---|---|---|---|---|
| SCOTT A. FLAXMAN, ESQ.<br>LAW OFFICES OF SCOTT A. FLAXMAN<br>21 Buena Vista Road<br>South San Francisco, California 94080<br>Attys for: ALI BAALOUACH | | | Telephone (415) 571-05... | |

Ref. No. Or File No.
W2486175

Insert name of court, judicial district, and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
ALI BAALOUACH

Defendant:
MEHDI NAFAI

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C 07-5433 MJJ |
|---|---|---|---|---|

I, Scott E. Lane , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : DORIS ALICIA CORDOVA

By Serving       : "JOHN DOE" , occupant (35 yrs/5'9"/Hisp/180 lbs/M/Blk hr)

Address          : 50 Surf View Drive, Bay Point, California 94565
Date & Time      : Thursday, November 1, 2007 @ 7:10 p.m.
Witness fees were : Not applicable.

Person serving:
Scott E. Lane
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 341
  (3) County: San Francisco
  (4) Expires: 7/26/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 6, 2007

Signature: 

Scott E. Lane



# EXHIBIT T

| Attorney Or Party Without Attorney (Name and Address) | | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|---|

SCOTT A. FLAXMAN, ESQ. v-05433-JSW

LAW OFFICES OF SCOTT A. FLAXMAN
21 Buena Vista Road
South San Francisco, California 94080

Attorneys for: ALI BAALOUACH

Ref. No. Or File No.
W2486175

Attrs of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

ALI BAALOUACH

Defendant:

MEHDI NAFAI

| **POS BY MAIL** | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | C 07-5433 MJJ |

At the time of service I was at least 18 years of age and not a party to this action.
On November 2, 2007, I served the within:

SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE
ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED
STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully
prepaid for first class in the United States mail at San Francisco, California, addressed as follows:

> DORIS ALICIA CORDOVA
> 50 Surf View Drive
> Bay Point, California 94565

Person serving:
Scott Simons
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 542
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: November 6, 2007

Signature: _____
Scott Simons



Printed on recycled paper

Judicial Council form, rule 982(a) (23)

# EXHIBIT U

| ey Or Party Without At... SCOTT A. FLAXMAN, ESQ. LAW OFFICES OF SCOTT A. FLAXMAN 21 Buena Vista Road South San Francisco, California 94080 | | | FOR COURT USE ONLY |
|---|---|---|---|
| (415) 571-0... | | | |
| meys for:    ALI BAALOUACH | | Ref. No. Or File No.    W2486177 | |
| Insert name of court, judicial district and branch court, if any: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | | |

Plaintiff:

ALI BAALOUACH

Defendant:

MEHDI NAFAI

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: C 07-5433 MJJ |
|---|---|---|---|---|

I, Scott E. Lane , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the:  SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            : SUMMIT MORTGAGE

By Serving           : "JOHN DOE" (35 yrs/5'9"/Hisp/180 lbs/M/Blk hr) person in charge on behalf of DORIS ALICIA CORDOVA, Owner

Address              : 50 Surf View Drive, Bay Point, California  94565

Date & Time          : Thursday, November 1, 2007 @ 7:00 p.m.

Witness fees were    : Not applicable.

Person serving:
Scott E. Lane
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 341
  (3) County: San Francisco
  (4) Expires: 7/26/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 6, 2007

Signature: _____
                        Scott E. Lane



# EXHIBIT V

| Attorney Or Party Without Attorney (Name and Address) | | | | Telephone: | FOR COURT USE ONLY |
| --- | --- | --- | --- | --- | --- |

Attorney Or Party Without Attorney (Name and Address)
SCOTT A. FLAXMAN 30cv-05433-JSW
LAW OFFICES OF SCOTT A. FLAXMAN
21 Buena Vista Road
South San Francisco, California 94080
~eys for: ALI BAALOUACH
Ref. No. Or File No.
W2486177

Name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
ALI BAALOUACH

Defendant:
MEHDI NAFAI

| | Hearing Date: | Time: | Dept/Div: | Case Number: |
| --- | --- | --- | --- | --- |
| **POS BY MAIL** | | | | C 07-5433 MJJ |

At the time of service I was at least 18 years of age and not a party to this action.
On October 24, 2007, I served the within:

SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class in the United States mail at San Francisco, California, addressed as follows:

SUMMIT MORTGAGE
50 Surf View Drive
Bay Point, California 94565

**DORIS ALICIA CORDOVA**

Person serving:
Scott Simons
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 542
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 6, 2007

Signature: _____
Scott Simons



Judicial Council form, rule 982(a) (23)

# EXHIBIT W

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

ALI BAALOUACH

**SUMMONS IN A CIVIL CASE**

CASE NUMBER

V.

MEHDI NAFAI, DORIS ALICIA CORDOVA,
SUMMIT MORTGAGE,
REALTY MORTGAGE, LLC, Doe 1- Doe 10

TO: (Name and address of defendant)

Doris Alicia Cordova (changed name from Dora Alicia Cordova)
50 Surf View Drive
Bay Point, California 94565



**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott A. Flaxman, Attorney at Law
21 Buena Vista Road
South San Francisco, Ca 94080

an answer to the complaint which is herewith served upon you, within          days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE October 23rd, 2007

(BY) DEPUTY CLERK